**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      John Lawton v. David W. Lawton, Individually, as Former Independent Executor of The Estate of Joseph G. Lawton, Deceased, and as Former Agent for Joseph G. Lawton under a Power of Attorney

Appellate case number:   01-15-00193-CV

Trial court case number:  14-CCV-053769

Trial court:                     County Court at Law No. 1 of Fort Bend County

It is ordered that Appellee's Motion for Rehearing is **denied**.

Justice's signature: /s/ Rebeca Huddle
                                 Acting for the Court

Panel consists of:   Justices Higley, Huddle, and Lloyd

Date: July 26, 2016